# United States Court of Appeals
# for the Federal Circuit

**2016-2193, -2194, -2195**

PRESERVATION WELLNESS TECHNOLOGIES LLC,

*Plaintiff-Appellant,*

*v.*

ALLSCRIPTS HEALTHCARE SOLUTIONS INC.,
EPIC SYSTEMS CORPORATION,
NEXTGEN HEALTHCARE INFORMATION SYSTEMS LLC,

*Defendants-Appellees.*

*Appeals from the United States District Court for the
Eastern District of Texas in Nos. 2:15-cv-01559-WCB;
2:15-cv-01561-WCB and 2:15-cv-01562-WCB,
Judge William C. Bryson*

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE BRIEF**

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Appellees Allscripts Healthcare Solutions Inc., Epic Systems Corporation, and NextGen Healthcare Information Systems LLC (collectively, "Appellees") hereby move the Court to extend the time to file their responsive brief by four weeks (twenty-eight days) from the current deadline, September 22, 2016, to October 20, 2016.  This is Appellees' first request for an extension.

In support of their motion, Appellees state that the attorneys for the three parties in the consolidated appeal need the extra time to coordinate efforts on preparing their single responsive brief, particularly given the obligations of the multiple sets of counsel in other matters.

Counsel for Appellant Preservation Wellness Technologies LLC has indicated that it does not oppose Appellees' request.

A supporting declaration is submitted herewith.

September 14, 2016                     Respectfully submitted,

                                       */s/ Michael C. Newman*
                                       Michael Renaud
                                       mtrenaud@mintz.com
                                       Michael Newman
                                       mcnewman@mintz.com
                                       Sandra J. Badin
                                       sjbadin@mintz.com
                                       MINTZ LEVIN COHN FERRIS
                                          GLOVSKY AND POPEO PC
                                       One Financial Center
                                       Boston, MA  02111

Tel. (617) 542.6000
Fax (617) 542.2241

*Counsel for Appellee NextGen*
*Healthcare Information Systems LLC*

Harnaik S. Kahlon
nkahlon@rshc-law.com
Ashley Taylor Corbitt
tcorbitt@rshc-law.com
RILEY SAFER HOLMES &
　CANCILA LLP
Three First National Plaza
70 W. Madison Street
Suite 2900
Chicago, IL  60602
Tel. (312) 471.8700
Fax (312) 471.8701

Brian Douglas Siff
bdsiff@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036
Tel. (212) 692.1055
Fax (212) 208.2430

*Counsel for Appellee Allscripts*
*Healthcare Solutions Inc.*

Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kgn@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
Carly S. Levin
carly.levin@quarles.com

QUARLES & BRADY LLP
33 East Main Street
Suite 900
Madison, WI 53703
Tel. (608) 251.5000
Fax (608) 251.9166

Louis A. Klapp
louis.klapp@quarles.com
QUARLES & BRADY LLP
300 North LaSalle St.
Suite 4000
Chicago, IL 60654
Tel. (312) 715.2712
Fax (312) 632.1948

*Counsel for Defendant-Appellee, Epic Systems Corporation*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Preservation Wellness Technologies, LLC    **v.**    Allscripts Healthcare Solutions Inc.

Case No. 16-2193, -2194, -2195

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

NextGen Healthcare Information Systems LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| NextGen Healthcare Information Systems LLC | None | Quality Systems, Inc. (Parent) |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Ward, Smith & Hill, PLLC (Andrea Leigh Fair, Claire Abernathy Henry and John Ward, Jr.)

6/23/2016
Date

/s/ Michael T. Renaud
Signature of counsel

Please Note: All questions must be answered

Michael T. Renaud
Printed name of counsel

cc: All counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Preservation Wellness Technologies, Inc.   v.   Allscripts Healthcare Solutions, Inc., et al.

Case No.   2016-2193

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Allscripts Healthcare Solutions, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Allscripts Healthcare Solutions, Inc. | Allscripts Healthcare Solutions, Inc. | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Nick Kahlon and Taylor Corbitt of Riley Safer Holmes & Cancila LLP; Elizabeth DeRieux of Capshaw DeRieux LLP

July 8, 2016                                           /s/ Brian D. Siff
Date                                                   Signature of counsel

Please Note: All questions must be answered           Brian D. Siff
                                                       Printed name of counsel

cc:   All counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Preservation Wellness Technologies, Inc.    v.    Allscripts Healthcare Solutions, Inc., et al.

Case No.  2016-2193

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Epic Systems Corporation

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Epic Systems Corporation | Epic Systems Corporation | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Anthony A. Tomaselli, Martha Jahn Snyder, Louis A. Klapp and Carly S. Levin of Quarles & Brady, LLP;
Brian Craft and Eric H. Findlay of Findlay Craft PC

June 23, 2016
Date

/s/ Anthony A. Tomaseli
Signature of counsel

Anthony A. Tomaselli
Printed name of counsel

Please Note: All questions must be answered

cc: All counsel of record

Reset Fields

# United States Court of Appeals for the Federal Circuit

**2016-2193, -2194, -2195**

PRESERVATION WELLNESS TECHNOLOGIES LLC,

*Plaintiff-Appellant,*

*v.*

ALLSCRIPTS HEALTHCARE SOLUTIONS INC.,
EPIC SYSTEMS CORPORATION,
NEXTGEN HEALTHCARE INFORMATION SYSTEMS LLC,

*Defendants-Appellees.*

*Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-01559-WCB; 2:15-cv-01561-WCB and 2:15-cv-01562-WCB, Judge William C. Bryson*

**DECLARATION OF MICHAEL C. NEWMAN IN SUPPORT OF APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF**

I, Michael C. Newman, declare:

1. I am counsel for Appellee NextGen Healthcare Information Systems LLC ("NextGen") in this consolidated appeal. The other appellees are Allscripts Healthcare Solutions Inc., and Epic Systems Corporation (together with NextGen, "Appellees").

2. Appellees' responsive brief is currently due on September 22, 2016. Appellees seek a twenty-eight day extension of this deadline to October 20, 2016.

3. This is Appellees' first request for an extension.

4. The attorneys for the three parties in the consolidated appeal need the extra time to coordinate efforts on preparing their single responsive brief, particularly given the obligations of the multiple sets of counsel in other matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 14, 2016, at Boston, Massachusetts.

*/s/ Michael C. Newman*
Michael C. Newman

# United States Court of Appeals for the Federal Circuit

*Preservation Wellness v. Allscripts Healthcare,* 2016-2193, -2194, -2195

## CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC, Attorneys for Appellee, Nextgen Healthcare Information Systems, LLC to print this document. I am an employee of Counsel Press.

On **September 14, 2016,** counsel has authorized me to electronically file the foregoing **Motion to Extend** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

Nicole Dominique Galli,
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
150 JFK Boulevard
Philadelphia, PA 19102
215-525-9583
gallin@pepperlaw.com
Counsel for Appellant

Ashley Taylor Corbitt
Schiff Hardin LLP
233 S. Wacker Drive Suite 6600
Chicago, IL 60606
312-258-5620
tcorbitt@schiffhardin.com
Counsel for Appellee
Allscripts Healthcare Solutions, Inc.

Douglas J. Kline
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
617-570-1000
dkline@goodwinprocter.com
Counsel for Appelleee
Athenahealth, Inc.

Anthony Allen Tomaselli
Quarles & Brady, LLP
33 East Main Street
Madison, WI 53703
608-283-2491
aat@quarles.com
(608) 251-9166
Counsel for Appellee
EPIC Systems Corporation

September 14, 2016

/s/ Robyn Cocho
Robyn Cocho
Counsel Press